## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **SERGIO RAMIREZ, an individual,** | ) | |
| | ) | **Case No. 17-cv-02019** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Honorable Matthew F. Kennelly,** |
| | ) | **Judge Presiding** |
| **MR. ZEES, INC., an Illinois corporation,** | ) | |
| **d/b/a MR. ZEE'S, and GEORGE ZERVAS,** | ) | |
| **an individual,** | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| **Defendants.** | ) | |

## STIPULATION FOR DISMISSAL

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL; the Court being advised in the premises that the parties are in agreement as to the settlement of all facts and issues in connection with this matter:

IT IS HEREBY ORDERED as follows: That this matter be and is hereby dismissed, with prejudice, each party to bear his or its own costs.

| For the Plaintiff, | For the Defendants, |
|---|---|
| /s/ Timothy M. Nolan | /s/ Kostas L. Cios |
| _____ | _____ |
| One of the attorneys for Plaintiff | One of the attorneys for Defendants |

Dated…………………………., 2017

ENTER_____